UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rose Fayton and Lisbeth Talbert,<br><br>      Plaintiffs,<br><br>-against-<br><br>JPMorgan Chase Bank, N.A.,<br><br>      Defendant. | 1:25-cv-06663 (VEC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  Plaintiff Lisbeth Talbert, proceeding *pro se*, filed this action in New York Supreme Court, New York County, on July 14, 2025. (*See* Compl., ECF No. 1-1.) The Complaint includes as plaintiffs in the caption both Plaintiff Talbert and her mother, Rose Fayton, but is signed only by Plaintiff Talbert. (*See id.* at PDF p. 3.) Defendant JPMorgan Chase Bank, N.A. ("Chase" or "Defendant") removed this action to this Court on August 12, 2025. (Notice of Removal, ECF No. 1.) On September 22, 2025, Defendant filed a motion to dismiss the Complaint. (Mot. to Dismiss, ECF No. 7.) Among other things, Defendant argues that Plaintiff Talbert lacks standing to pursue the claims in this action against Chase as she is not the Chase accountholder. (Def.'s Mem., ECF No. 9, at 2 n.1.)

  In accordance with Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Accordingly, if Ms. Fayton wishes to proceed as a plaintiff in this action she must sign the Complaint or file an amended pleading with her signature. *See Robin v. Bon Secours Cmty. Hosp. Subdiderary of WMChealth*, No. 23-CV-09222 (CS), 2023 WL 7004935, at *1 (S.D.N.Y. Oct. 24,

2023). **Ms. Fayton shall file a signed pleading no later than October 7, 2025.** Failure to do so, or to otherwise respond to this Order, may result in a recommendation to the District Judge that her claims be dismissed for failure to prosecute. *See George v. City of New York*, No. 12-CV-06365 (PKC) (JLC), 2013 WL 5943206, at *3 (S.D.N.Y. Nov. 6, 2013). Thereafter, the Court will set a briefing schedule with respect to Defendant's motion to dismiss.

Plaintiff Talbert and Ms. Fayton are advised that Plaintiff Talbert may not represent her mother or assert claims on Ms. Fayton's behalf. *See Podius v. Fed. Bureau of Prisons*, No. 16-CV-06121 (RRM)(PK), 2017 WL 1040372, at *3 (E.D.N.Y. Mar. 16, 2017) (non-attorney appearing *pro se* may not represent another *pro se* litigant) (citing *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998) ("[B]ecause *pro se* means to appear for one's self, a person may not appear on another person's behalf in the other's cause."); *see also* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.").

Plaintiff Talbert and Ms. Fayton further are advised that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center ("CBJC") provides free, limited-scope legal services to self-represented parties in civil cases. The CBJC is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete CBJC's online form, available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. Further information and resources for *pro se* parties are available on the Court's website at https://nysd.uscourts.gov/prose.

A copy of this Order shall be mailed by Chambers to Plaintiff Talbert and Ms. Fayton at 30-32 St Nicolas Place #1D New York NY 10031. In addition, a copy of this Order shall be emailed by Chambers to Elizabeth.j.lee79@gmail.com. (*See* Compl. at PDF p. 7.)

**SO ORDERED.**

Dated:   New York, New York
         September 23, 2025

_____
STEWART D. AARON
United States Magistrate Judge