**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Rose Fayton and Lisbeth Talbert,<br><br>                      Plaintiffs,<br><br>-against-<br><br>JPMorgan Chase Bank, N.A.,<br><br>                      Defendant. | 1:25-cv-06663 (VEC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is a motion by Defendant JPMorgan Chase Bank, N.A. to dismiss the Amended Complaint (ECF No. 14.) It is hereby ORDERED as follows:

1. Since Plaintiffs filed an Amended Complaint (ECF No. 11), Defendant's prior motion to dismiss the original Complaint (ECF No. 7) is deemed moot. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 7.

2. Because Defendant refers in its motion to matters outside the pleadings and Plaintiffs are proceeding *pro se*, Defendant shall serve Plaintiffs with the notice required by Local Civil Rule 12.1 (a copy of which is available on the Court's website), which notice shall include the full text of Fed. R. Civ. P. 56, as required. No later than November 24, 2025, Defendant shall file proof of service of such notice on the docket.

3. The Clerk of Court is respectfully requested to update the electronic docket to add the following address for Plaintiff Fayton: 30-32 St Nicolas Place #1D NY, NY 10031.

**SO ORDERED.**

Dated: New York, New York
November 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge

Case 1:25-cv-06663-VEC-SDA   Document 18   Filed 11/21/25   Page 2 of 2