**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Rose Fayton and Lisbeth Talbert,** | |
| **Plaintiffs,** | **1:25-cv-06663 (VEC) (SDA)** |
| **-against-** | **ORDER** |
| **JPMorgan Chase Bank, N.A.,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that Plaintiffs shall file any amended pleading no later than July 8, 2026. Defendant shall respond to any amended pleading no later than July 29, 2026.

**SO ORDERED.**

Dated:    New York, New York
          June 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge