UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROSE FAYTON and LISBETH TALBERT, Plaintiff, -against- JPMORGAN CHASE BANK, N.A., Defendants. | : | 25-CV-6663 (VEC) (SDA) ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS this action was removed to this Court from the Supreme Court of the State of New York, County of New York on August 12, 2025, *see* Dkt. 1;

WHEREAS Plaintiffs' Amended Complaint was filed on October 7, 2025, *see* Dkt. 11;

WHEREAS Defendant moved to dismiss the Amended Complaint on November 29, 2025, *see* Dkt. 14;

WHEREAS the Court adopted Magistrate Judge Aaron's Report & Recommendation in full, recommending dismissal of Plaintiffs' claims on June 17, 2026, *see* Dkt. 27;

WHEREAS on June 17, 2026, Magistrate Judge Aaron ordered Plaintiffs to file any amended pleadings no later than July 8, 2026, and for Defendant to file any response to such amended pleadings no later than July 29, 2026, *see* Dkt. 28;

WHEREAS Plaintiffs have not filed any amended pleadings in response to the Court's prior orders;

WHEREAS on July 30, 2026, this Court ordered Plaintiffs to show cause by August 14, 2026, why this action should not be dismissed for failure to prosecute and in accordance with the Court's prior Opinion & Order, *see* Dkt. 29; and

WHEREAS Plaintiffs have not responded to the Court's July 30, 2026, Order.

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

**Date: August 18, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**